**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| | |
|---|---|
| WEN HUEI CHENG, a.k.a. En Hui Zheng,<br><br>         Petitioner,<br><br>  v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>         Respondent. | No. 11-73826<br><br>Agency No.  A095-687-729<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 21, 2014[**]

Before:    CANBY, SILVERMAN, and PAEZ, Circuit Judges.

Wen Huei Cheng, a native and citizen of China, petitions for review of the

Board of Immigration Appeals' ("BIA") order denying her motion to reopen

removal proceedings based on ineffective assistance of counsel.  We have

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

jurisdiction under 8 U.S.C. § 1252.  We review for abuse of discretion the denial of a motion to reopen.  *Avagyan v. Holder*, 646 F.3d 672, 674 (9th Cir. 2011).  We deny the petition for review.

The BIA did not abuse its discretion in denying Cheng's motion to reopen alleging ineffective assistance of counsel where she failed to comply with the threshold requirements of *Matter of Lozada*, 19 I. & N. Dec. 637 (BIA 1988), and the alleged ineffective assistance was not plain on the face of the administrative record.  *See Reyes v. Ashcroft,* 358 F.3d 592, 596-99 (9th Cir. 2004).

In light of this disposition, we do not reach Cheng's remaining contentions.

**PETITION FOR REVIEW DENIED.**